IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| DANNY RAY BENNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 124-173 |
| | ) |
| FBI DICKSON; J. HOPE; CROFORD; | ) |
| CO BROWN; and BRIAN DICKERSON, | ) |
| | ) |
| Defendants. | ) |

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

JAN 15 2025

FILED

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this ___15th___ day of January, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA